FILED
LODGED
ENTERED
RECEIVED

DEC 1 0 2001

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

CV 00-01227 #00000064

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK T. ROCHA,

    Plaintiff,

vs.

CITY OF SEATTLE, et al.,

    Defendants.

NO. C00-1227L

ORDER OF DISMISSAL

It having been reported to the Court on December 5, 2001 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 10th day of December, 2001

                                /s/ Robert S. Lasnik
                                Robert S. Lasnik
                                United States District Judge

ORDER OF DISMISSAL

64